# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH COOKSON,<br>    Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; and JONES LANG LaSALLE AMERICAS, INC. LONG TERM DISABILITY PLAN,<br>    Defendants. | C.A. No. 1:21-cv-10834 MLW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW COME all parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed without prejudice and without costs. Each party shall bear its own attorneys' fees and costs. All parties waive all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF JOSEPH COOKSON,<br><br>By his attorneys,<br><br>/s/ *M.Katherine Sullivan*<br>M. Katherine Sullivan (BBO #649239)<br>LAW OFFICE OF KATHERINE SULLIVAN, LLC<br>945 Concord Street<br>Framingham, MA 01701<br>Tel: (508) 620-5387<br>Fax: (508) 834-1172<br>kate@sullivandisabilitylaw.com | DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>By its attorneys,<br><br>/s/ Scott K. Pomeroy<br>Scott K. Pomeroy (BBO #665110)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>One Boston Place, Suite 3500<br>Boston, MA 02108<br>Tel: (207) 387-2961<br>Fax: (207) 387-2986<br>scott.pomeroy@ogletree.com<br><br>-and- |

                                                /s/ Byrne J. Decker
Byrne J. Decker (BBO#680598)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
477 Congress Street, 5th Floor
Portland, ME 04101
Telephone: (207) 387-2983
Facsimile: (207)387-2986
byrne.decker@ogletree.com

Dated: September 27, 2021

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 27, 2021, I caused the within document to be electronically filed through the CM/ECF system, and it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                /s/ *M. Katherine Sullivan*
                M. Katherine Sullivan (BBO#649239)